[No. 13654. *En Banc.* July 17, 1917.]

PUGET SOUND INDEPENDENT TELEPHONE COMPANY, *Appellant*, v. THE CITY OF EVERETT *et al., Respondents*.[1]

Appeal from a judgment of the superior court for Snohomish county, Alston, J., entered December 6, 1915, dismissing an action to restrain the enforcement of an ordinance, upon sustaining a demurrer to the complaint. Reversed.

*Coleman & Fogarty* and *Q. A. Kaune*, for appellant.
*Wm. A. Johnson*, for respondents.

PER CURIAM.—The question presented in this case is, in all of its essential particulars, the same as that presented in the case of *Pacific Tel. & Tel. Co. v. Everett, ante* p. 259, 166 Pac. 650, and is controlled thereby. For the reasons given for the reversal of that case, the judgment is reversed and the cause remanded with instructions to overrule the demurrer.

---

[No. 13161. *En Banc.* August 2, 1917.]

R. H. MARTIN, *Appellant*, v. JOHN G. CUNNINGHAM, *Respondent*.[2]

Appeal from a judgment of the superior court for Spokane county, Clifford, J., entered March 19, 1915, upon granting a nonsuit, dismissing an action for malpractice, tried to the court and a jury. Affirmed.

*F. A. McMaster*, for appellant.
*Harry L. Cohn* and *Cannon & Ferris*, for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court still adhere to the opinion heretofore filed herein as reported in 93 Wash. 517, 161 Pac. 355, and for the reasons there stated, the judgment is affirmed.

[1]Reported in 166 Pac. 655.
[2]Reported in 166 Pac. 793.